FILED

05/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0026

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                          O R D E R

THOMAS WOJTOWICZ,

Defendant and Appellant.

_____

Appellant Thomas Wojtowicz was granted an extension of time to file and serve the opening brief on or before May 20, 2023.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 20, 2023.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2023